# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 09-cr-00441-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JEFFREY M. BODNAR, and
2. VERONICA ANDERSON-BODNAR,

    Defendants.

## MINUTE ORDER[1]

On **November 10, 2009**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set the motion and response deadlines, a trial preparation conference date, and a date for a jury trial. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: November 3, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.