IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Criminal Case No. 09-cr-00441-REB**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.

**1. JEFFREY M. BODNAR,**
**2. VERONICA ANDERSON-BODNAR,**

      **Defendants.**

## ORDER

THIS MATTER comes before the Court on the Plaintiff's Motion to Disclose Grand Jury Material To Defendants [#19] filed November 13, 2009, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i) and (F).

HAVING REVIEWED the motion and being otherwise advised in the bases, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the government's motion [#19] is granted, and that grand jury testimony and grand jury documents may be disclosed to defendants and their attorneys in the course of discovery in this case. It is further

ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to the defendants and their attorneys; that the defense

attorneys shall maintain custody of such materials, and shall not reproduce or disseminate the same.

DATED November 17, 2009.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge