**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  09-cr-00441-REB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  JEFFREY M. BODNAR, and
2.  VERONICA ANDERSON-BODNAR,

 Defendants.

---

**MINUTE ORDER**[1]

---

 The matter comes before the court on the defendants' **Joint Motion for Extension of Motions Deadline** [#21], filed November 25, 2009.  After careful review of the motion and the file,

 **IT IS ORDERED** as follows:

 1.  That the defendants' **Joint Motion for Extension of Motions Deadline** [#21], filed November 25, 2009, is **GRANTED IN PART** to the extent that the deadline to file non-CJA pretrial motions is extended to **December 7, 2009**;

 2.  That the deadline for responses is extended to **December 18, 2009**; and

 3.  That the telephonic setting conference scheduled for December 14, 2009, at 2:00 p.m. remains unchanged.

 Dated:  November 30, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.