**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  09-cr-00441-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  JEFFREY M. BODNAR, and
2.  VERONICA ANDERSON-BODNAR,

     Defendants.

---

**MINUTE ORDER**[1]

---

     The matter comes before the court *sua sponte.*  On Wednesday, **December 16, 2009,** at **9:00 a.m.**, the court will conduct a hearing on the defendants' **Second Unopposed Joint Motion to Exclude Time from Speedy Trial Computation and to Set Jury Trial Outside 70-Day Speedy Trial Deadline** [#26], filed December 10, 2009, at which counsel and the defendants shall appear without further notice or order.

     Dated:  December 11, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.