**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00441-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JEFFREY M. BODNAR, and
2. VERONICA ANDERSON-BODNAR,

    Defendants.

**MINUTE ORDER**[1]

    On oral request of the parties, the change of plea hearing set for defendant Jeffrey M. Bodnar has been changed. The change of plea hearing for Mr. Bodnar shall be at **10:00 a.m.** on June 1, 2010. The change of plea hearing for Ms. Anderson-Bodnar shall remain at 2:30 p.m. on June 1, 2010.

    Dated: May 24, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.