**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No.    09-cr-00441-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JEFFREY BODNAR,

      Defendant.

---

**ORDER EXONERATING BOND**

---

This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was remanded to the custody of the United States Marshal at sentencing, or has self-surrendered to the designated facility, as confirmed by the United States Bureau of Prisons.  As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.  Accordingly,

    **IT IS ORDERED** as follows:

    1.  That the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released; and

    2.  That the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

    DATED at Denver, Colorado, this 29th day of December, 2010.

                              **BY THE COURT:**

                              Robert E. Blackburn
                              United States District Judge