**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No.  09-cr-00441-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JEFFREY M. BODNAR,

      Defendant.

**ORDER**

**Blackburn, J.**

      The matter is before me on defendant's pro se request [#135][1] filed December 5, 2011, to modify his sentence. Mr. Bodnar asks me to modify his sentence so that he can provide aid and support to his wife and children who are experiencing what appear to be increasing and insurmountable personal and financial hardships. However, under the current state of the law, and wishing it were otherwise, I do not have the legal authority to modify Mr. Bodnar's sentence. Thus, I am required regrettably to deny his motion.

      **THEREFORE, IT IS ORDERED** that defendant's pro se request to modify his sentence [#135] filed December 5, 2011, is **DENIED**.

      Dated December 7, 2011, at Denver, Colorado.

      **BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[1] "[#135]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.